UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SAAED ABDO SALEH OBAD, et al.                                      PLAINTIFFS

V.                                           CIVIL ACTION NO. 3:23-CV-409-KHJ-MTP

DEPARTMENT OF STATE, et al.                                        DEFENDANTS

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendants. The Court dismisses Counts I and III, the APA claim and mandamus claim, without prejudice. The Court dismisses Count II, the due process claim, with prejudice. This case is closed.

SO ORDERED, this 17th day of January, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE